Commonwealth *v.* Ratchford, Appellant.

Submitted June 9, 1975. *John Michael Ratchford,* appellant, in propria persona; *Grant E. Wesner,* Deputy District Attorney, and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.